[No. 24249-4-II.  Division Two.  January 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA ALICIA CANALES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00154-0, Randolph Furman, J., entered December 22, 1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 24263-0-II.  Division Two.  January 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DEAN GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-8-01017-2, James D. Ladley, J., entered January 12, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 24553-1-II.  Division Two.  January 28, 2000.]

ELEANOR A. ELY, *Appellant*, v. O.S.F. INTERNATIONAL, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-05757-8, Thomas Felnagle, J., entered March 12, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Hunt, JJ.

[No. 42861-6-I.  Division One.  January 31, 2000.]

WESTERN SEA, INC., ET AL., *Appellants*, v. A. RICHARD DYKSTRA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-30891-9, Donald D. Haley, J., entered September 2, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Webster and Ellington, JJ.